UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICK SEARCY, | CASE NO. C19-0220-JCC |
| Petitioner, | MINUTE ORDER |
| v. | |
| FEDERAL BUREAU OF INVESTIGATION, | |
| Respondent. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Petitioner filed a petition for writ of mandamus on February 15, 2019, (Dkt. No. 1), and filed a motion for discovery related to the writ on February 19, 2019. (Dkt. No. 2.) Petitioner's motion for discovery noted for the Court's consideration on March 8, 2019. (*Id*.) Service of summons and complaint were returned executed upon Respondent on March 21, 2019. (Dkt. No. 8.) As Respondent is a United States agency, it has 60 days from the date service was executed to serve Petitioner with an answer or otherwise respond in this case. (*See id*. at 2.) Therefore, the Clerk is DIRECTED to RE-NOTE Petitioner's pending motion for discovery (Dkt. No. 2) to May 24, 2019.

//

//

1    DATED this 25th day of March 2019.

2                                              William M. McCool
                                               Clerk of Court
3
                                               s/Tomas Hernandez
4                                              Deputy Clerk

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER
C19-0220-JCC
PAGE - 2